◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRISTEN S., Appellant. [45 NYS3d 810]—Appeal by the defendant, as limited by his motion, from an amended sentence of the Supreme Court, Queens County (Wong, J.), imposed August 14, 2015, revoking a sentence of probation previously imposed by the same court (Camacho, J.), upon a finding that he had violated a condition thereof, upon his admission, and imposing a term of imprisonment upon his previous adjudication as a youthful offender for robbery in the second degree (three counts), on the ground that the amended sentence was excessive.

Ordered that the amended sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid, and thus does not preclude review of his excessive sentence claim (*see People v Lopez*, 6 NY3d 248, 256 [2006]; *People v Brown*, 122 AD3d 133, 141 [2014]). However, the amended sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Hall, Cohen, LaSalle and Connolly, JJ., concur.